ELKIN | GAMBOA, LLP
Michael Elkin, Esq. (SBN 286862)
E-Mail: michael@elkingamboa.com
Benjamin McLain, Esq. (SBN 340091)
E-Mail: ben@elkingamboa.com
4119 W. Burbank Blvd., Suite 110
Burbank, CA 91505
Telephone: 323.372.1202
Facsimile: 323.372.1216

*Attorneys for* Plaintiff Donovin Sheffield

Kane Moon (SBN 249834)
Email: kmoon@moonlawgroup.com
Daniel J. Park (SBN 274973)
Email: dpark@moonlawgroup.com
Michael Citrin (SBN 335033)
Email: mcitrin@moonlawgroup.com
**MOON LAW GROUP, PC**
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

*Attorneys for* Plaintiff Leticia Romero

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ROMERO; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOLDEN STATE SUPPLY, LLC, a limited liability corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | LEAD CASE No.: 2:23-cv-10578-MCS-AS<br>Consolidated With Case No. 2:24-cv-00049-MCS-AS<br><br>Hon. Mark C. Scarsi<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  November 7, 2023<br>Removal Date:     December 28, 2023<br>Trial Date:              None Set |

and Consolidated Action.

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 40-2, Plaintiffs Leticia Romero and Donovin Sheffield (collectively, "Plaintiffs") and Defendant Golden State Supply, LLC (hereafter, "Defendant") hereby give notice that they have reached an agreement in principle to settle this dispute. The parties jointly request that the Court vacate the hearing set for August 12, 2024 at 9:00 a.m., refrain from ruling on Plaintiffs' motion for class certification (Dkt No. 34), and permit the parties thirty days to negotiate and finalize formal settlement documentation.

DATED:   July 10, 2024

ELKIN | GAMBOA LLP

By:   */s/ Michael Elkin*
         Michael Elkin Esq.
*Attorneys for* Plaintiff Donovin Sheffield

DATED:   July 10, 2024              **MOON LAW GROUP, PC**

By:   */s/ Daniel Park*
         Daniel J. Park, Esq
*Attorneys for* Plaintiff Leticia Romero

DATED: July 10, 2024              **JACKSON LEWIS, P.C.**

By:   */s/ Rob Yang*
        Rob Yang, Esq.
*Attorneys for* Defendant Golden State Supply, LLC

Counsel for Plaintiff LETICIA ROMERO, Daniel J. Park, authorized submission of his e-signature on this document in writing, via e-mail dated July 10, 2024 @ 1:48 p.m.; Counsel for Defendant GOLDEN STATE SUPPLY, LLC, Rob Yang, authorized submission of his e-signature on this document in writing, by e-mail dated July 10, 2024 , 2024@ 1:01 p.m.

3

**JOINT NOTICE OF SETTLEMENT**